UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEAIN HULL,

        Petitioner,

-vs-                                      Case No. 6:01-cv-1495-Orl-19JGG

GARY THOMAS, ROBERT A.
BUTTERWORTH,

        Respondents.

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR FURTHER INFORMATION (Doc. No. 46)** |
| **FILED:** | **November 16, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

The Court denied Petitioner's motion to reopen this case on October 11, 2005 (Doc. No. 45). The Clerk of the Court is directed to send a copy of the docket sheet to Petitioner.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _18th_ day of November, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 11/18
Counsel of Record
Seain C. Hull